Case 1:18-cv-07725-JGK Document 38 Filed 01/27/20 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-27-20

MARTHA EVANS,

         Plaintiff,

– against –

FRESENIUS MEDICAL CARE HOLDINGS, INC.
doing business as FRESENIUS MEDICAL CARE OF
NORTH AMERICA, INC.,

         Defendant.

1:18-cv-07725-JGK

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, Plaintiff MARTHA EVANS and Defendant FRESENIUS MEDICAL CARE HOLDINGS, INC. doing business as FRESENIUS MEDICAL CARE OF NORTH AMERICA, INC., (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
January 23, 2020

| | |
|---|---|
| NEW YORK CENTER FOR LAW AND JUSTICE | HOGUET NEWMAN REGAL & KENNEY, LLP |
| By: /s/ Bruce J. Gitlin, Esq. | By: /s/ Damian Raphael Cavaleri, Esq. Steven Mark Silverberg, Esq. |
| 2095 Broadway, Suite 308 New York, New York 10023 (212) 757-2800 bgitlin@lawjusticecenter.org | 60 East 42nd St., 48th Floor New York, New York 10165 212-689-8808 dcavaleri@hnrklaw.com ssilverberg@hnrklaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED: /s/ John G. Koeltl
**JOHN G. KOELTL, U.S.D.J.**

1/24/20

2